FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JAN 29 PM 3:33
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 103-045 |
| | * | |
| TOBIAS ANTONIO FRANK | * | |

**O R D E R**

On July 21, 2004, this Court sentenced Defendant Tobias Antonio Frank to 262 months imprisonment after Frank pleaded guilty to one count of possession with intent to distribute over 5 grams of cocaine base, a violation of 21 U.S.C. § 841(a)(1). The Court later reduced his sentence to 156 months pursuant to Federal Rule of Criminal Procedure 35(b) and 18 U.S.C. § 3582(c)(2). Presently, Frank has filed a motion to receive credit for time served in state custody from July 1, 2003 to November 24, 2004. He cites United States Sentencing Guideline Section 5G1.3.

Frank brought this same motion before the Court on November 16, 2005, May 22, 2006, February 29, 2012, and October 1, 2012. The Court properly denied these motions. (See Doc. Nos. 130, 253.) The legal basis upon which the denials are based remain valid and unchanged. This Court still does not have jurisdiction to entertain Frank's motion.

For the reasons appearing in the Government's brief in opposition and this Court's prior orders addressing the same matter, Frank's motion for time served (doc. no. 325) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this 29th day of January, 2015.

_____
UNITED STATES DISTRICT JUDGE